# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Robert Louis Smith<br>1182 MATT MOORE CT<br>LITHIA SPRINGS, GA  30122 | **CHAPTER 13**<br><br>**Case Number:** 11-30705-JPS<br><br>**ATTORNEY:**  HICKS, MASSEY & GARDNER, LLP |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $337.15 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Real Easy Motors
205 N. Broat St.
Winder, GA 30680

**DATED:** June 16, 2016

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**